ROB HENNIG, Bar No. 174646
rob@employmentattorneyla.com
SEREENA SINGH, Bar No. 276781
sereena@employmentattorneyla.com
HENNIG, RUIZ & SINGH, P.C.
3600 Wilshire Boulevard, Suite 1908
Los Angeles, CA  90010
Telephone:    213.310.8301
Fax No.:       213.310.8302

Attorneys for Plaintiff
AMR NASR

RICHARD R. GRAY, Bar No. 071030
rgray@littler.com
CHRISTOPHER T. BENTON, Bar No. 325452
cbenton@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200
Fax No.:       916.561.0828

Attorneys for Defendants
TRIMEDX HOLDINGS LLC AND TRIMEDX, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMR NASR, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRIMEDX HOLDINGS LLC, a limited liability company, TRIMEDX, LLC. a limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.  2:19-cv-002264-MCE-AC<br><br>*Assigned to Hon. Morrison C. England, Jr.*<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE PERIOD FOR DISCOVERY AND TO CONTINUE EXPERT DISCLOSURE AND DISPOSITIVE MOTION DEADLINES**<br><br>Complaint filed:  October 10, 2019 |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Case No.  2:19-cv-002264-MCE-AC

Plaintiff AMR NASR ("Plaintiff") and Defendants TRIMEDX HOLDINGS LLC and TRIMEDX, LLC ("Defendants") (collectively "Parties"), by and through their respective counsel of record, hereby stipulate to extend the non-expert discovery cutoff by six months, from November 16, 2020 to May 17, 2021, as well as the expert disclosure deadline and last day to file dispositive motions. This is the first request by the parties to extend discovery and other deadlines in this action. In support of this stipulation, the Parties offer the following:

1. The Parties were set to complete outstanding depositions before the current discovery cutoff, but jointly decided to postpone the depositions due to concerns regarding travel and gathering in light of the COVID-19 pandemic and the State of California's Stay at Home order. The Parties believe they require a limited extension of time to complete discovery and wish to continue the deadline for disclosure of expert witnesses and the last day to hear dispositive motions.

2. The current non-expert discovery deadline is November 16, 2020, the current expert disclosure deadline is January 15, 2021, and the current last day to file dispositive motions is May 18, 2021. There is no trial currently date set in this action.

3. Having reviewed the respective schedules of counsel, the Parties believe that an extension of the fact discovery cutoff from November 16, 2020 to May 17, 2021, would allow the Parties sufficient time to complete fact discovery during the pendency of California's Stay at Home order. The Parties also believe that a continuance of the expert disclosure deadline from January 15, 2021, to July 15, 2021, and a continuance of the last day to file dispositive motions from May 18, 2021, to November 18, 2021, would allow for completion of all discovery and the filing of dispositive motions, should such be determined to be necessary, without undue delay of this matter.

**THEREFORE**, the Parties stipulate and agree, subject to approval by the Court, that the cutoff for non-expert discovery be extended to May 17, 2021; that the expert witness disclosure deadline be extended to July 15, 2021; and the last day to file dispositive motions be continued to November 18, 2021.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

2                                   Case No. 2:19-cv-002264-MCE-AC

**IT IS SO STIPULATED.**

Dated: 7/20/2020

*/s/ Sereena Singh (as authorized on 7/20/2020)*
ROB HENNIG
SEREENA SINGH
HENNIG, RUIZ & SINGH, P.C.
Attorneys for Plaintiff
AMR NASR

Dated: 7/20/2020

*/s/ Christopher T. Benton*
RICHARD R. GRAY
CHRISTOPHER T. BENTON
LITTLER MENDELSON, P.C.
Attorneys for Defendants
TRIMEDX HOLDINGS LLC AND
TRIMEDX, LLC

## **ORDER**

**IT IS HEREBY ORDERED** that the cutoff for non-expert discovery is extended to May 17, 2021, that the expert witness disclosure deadline is extended to July 15, 2021, and the last day to file dispositive motions is continued to November 18, 2021.

IT IS SO ORDERED.

Dated: July 21, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

3

Case No. 2:19-cv-002264-MCE-AC