1  ROB HENNIG, Bar No. 174646
   rob@employmentattorneyla.com
2  SEREENA SINGH, Bar No. 276781
   sereena@employmentattorneyla.com
3  HENNIG, RUIZ & SINGH, P.C.
   3600 Wilshire Boulevard, Suite 1908
4  Los Angeles, CA  90010
   Telephone:     213.310.8301
5  Fax No.:        213.310.8302

6  Attorneys for Plaintiff
   AMR NASR
7
   RICHARD R. GRAY, Bar No. 071030
8  rgray@littler.com
   CHRISTOPHER T. BENTON, Bar No. 325452
9  cbenton@littler.com
   LITTLER MENDELSON, P.C.
10 500 Capitol Mall
   Suite 2000
11 Sacramento, CA  95814
   Telephone:     916.830.7200
12 Fax No.:        916.561.0828

13 Attorneys for Defendants
   TRIMEDX HOLDINGS LLC AND TRIMEDX,
14 LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMR NASR, an individual, | Case No.  2:19-cv-002264-MCE-AC |
| Plaintiff, | *Assigned to Hon. Morrison C. England, Jr.* |
| v. | **JOINT STIPULATION AND ORDER TO DISMISS FIFTH CAUSE OF ACTION** |
| TRIMEDX HOLDINGS LLC, a limited liability company, TRIMEDX, LLC. a limited liability company, and DOES 1 through 50, inclusive, | Complaint filed:  October 10, 2019 |
| Defendants. | |

Case No.  2:19-cv-002264-MCE-AC

WHEREAS Plaintiff AMR NASR ("Plaintiff") filed a lawsuit with the Superior Court of California, County of San Joaquin, Case No. STK-CV-UOE-2019-13496 on October 10, 2019, alleging that he suffered damages for: (1) whistleblower retaliation; (2) disability discrimination; (3) disability and medical leave retaliation; (4) failure to take all steps necessary to stop discrimination and retaliation from occurring; and (5) violations under the California Private Attorneys General Act. On November 8, 2019, the matter was removed to the United States District Court, Eastern District of California, Case No. 2:19-CV-02264-MCE-AC

WHEREAS Plaintiff seeks to dismiss the following causes of action without prejudice: Fifth Cause of Action for Violations under the California Private Attorneys General Act.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

Plaintiff's fifth cause of action for Violations under the California Private Attorneys General Act be dismissed without prejudice.

**IT IS SO STIPULATED.**

Dated:  12/18/20

*/s/ Rob Hennig*
ROB HENNIG
SEREENA SINGH
HENNIG, RUIZ & SINGH, P.C.
Attorneys for Plaintiff
AMR NASR

Dated: 12/18/20

*/s/ Richard R. Gray as authorized on 12/18/20*
RICHARD R. GRAY
CHRISTOPHER T. BENTON
LITTLER MENDELSON, P.C.
Attorneys for Defendants
TRIMEDX HOLDINGS LLC AND
TRIMEDX, LLC

## **ORDER**

The Court having reviewed the PARTIES' Joint Stipulation to Dismiss Fifth Cause of Action, **IT IS HEREBY ORDERED** Plaintiff AMR NASR's fifth cause of action for Violations under the California Private Attorneys General Act be dismissed and hereby is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  December 30, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE