ROB HENNIG, SBN: 174646
rob@employmentattorneyla.com
SEREENA SINGH, SBN: 276781
sereena@employmentattorneyla.com
HENNIG, RUIZ & SINGH, P.C.
3600 Wilshire Boulevard, Suite 1908
Los Angeles, CA 90010
Telephone:   213.310.8301
Fax No.:       213.310.8302

*Attorneys for Plaintiff*,
Amr Nasr

RICHARD R. GRAY, SBN: 071030
rgray@littler.com
CHRISTOPHER T. BENTON, SBN: 325452
cbenton@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.:       916.561.0828

*Attorneys for Defendants*,
Trimedx Holdings LLC and Trimedx, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMR NASR, an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>TRIMEDX HOLDINGS LLC, a limited liability company, TRIMEDX, LLC. a limited liability company, and DOES 1 through 50, inclusive,<br><br>            Defendants. | No. 2:19-cv-02264-MCE-AC<br><br>**JOINT STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed:  October 10, 2019 |
|---|---|

Case No. 2:19-cv-002264-MCE-AC

WHEREAS Plaintiff AMR NASR ("Plaintiff") filed a lawsuit with the Superior Court of California, County of San Joaquin, Case No. STK-CV-UOE-2019-13496 on October 10, 2019, alleging that he suffered damages for: (1) whistleblower retaliation; (2) disability discrimination; (3) disability and medical leave retaliation; (4) failure to take all steps necessary to stop discrimination and retaliation from occurring; and (5) violations under the California Private Attorneys General Act.  On November 8, 2019, the matter was removed to the United States District Court, Eastern District of California, Case No. 2:19-CV-02264-MCE-AC.

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among all the parties to this action through their respective undersigned attorneys of record as follows:

The above-captioned civil action is hereby dismissed in its entirety, with prejudice, with each party bearing its or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  1/19/21

/s/ Rob Hennig
ROB HENNIG
SEREENA SINGH
HENNIG, RUIZ & SINGH, P.C.
Attorneys for Plaintiff
AMR NASR

Dated: 1/19/21

/s/ Richard R. Gray as authorized on 1/19/21
RICHARD R. GRAY
CHRISTOPHER T. BENTON
LITTLER MENDELSON, P.C.
Attorneys for Defendants
TRIMEDX HOLDINGS LLC AND TRIMEDX, LLC

## ORDER

IT IS ORDERED that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned civil action is hereby DISMISSED in its entirety, with prejudice, with each party bearing its or her own attorneys' fees and costs.

The Clerk of the Court is directed to CLOSE the case.

IT IS SO ORDERED.

Dated: January 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE